UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | PO-20-5016-BLG-TJC |
|---|---|
| Plaintiff, | Violation No. FBLG0003<br>Location Code: M6H |
| vs. | **ORDER** |
| EMERSON J. EHRLICH, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Central Violations Bureau shall refund $330.00 to the defendant, Emerson Ehrlich. The case was dismissed by the United States Attorney's Office on July 14, 2020.

DATED this 17th day of July 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge